1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHRISTOPHER DICK

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:07-MJ-00079 SMS
                                    )
12          Plaintiff,               )   STIPULATION TO CONTINUE REVIEW
                                    )   HEARING; [PROPOSED] ORDER
13     v.                            )
                                    )
14 CHRISTOPHER DICK,                )   Date:  July 10, 2008
                                    )   Time:  9:00 A.M.
15          Defendant.               )   Judge: Hon. Dennis L. Beck
                                    )
16 _____)

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the review hearing in the above captioned matter now scheduled

20 for July 3, 2008, **may be continued to July 10, 2008 at 10:00 a.m.**

21      This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation prior to hearing.  The requested continuance will conserve time and resources for both

23 counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: June 30, 2008     By   /s/  Mark J. McKeon
                              MARK J. McKEON
                              Assistant United States Attorney
                              Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: June 30, 2008     By   /s/  Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              CHRISTOPHER DICK

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **July 1, 2008**           /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE